UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 6:98-cr-52-Orl-19JGG

WILLIAM J. MCCORKLE,

    Defendant.

_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Defendant's Motion to Withdraw Direct Appeal
and Appoint a 2255 Attorney (Doc. No. 1237,
filed June 8, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**.  The Eleventh Circuit Court

of Appeals has already granted Defendant's motion to dismiss his appeal.  *See* Doc. No.

1238.  In addition, Defendant has filed a § 2255 motion, which is still pending, and his

requests for appointment of counsel have been considered and rejected in that case without

prejudice.  *See* Case No. 6:06-cv-950-Orl-19JGG, Doc. Nos. 11 and 24.

    **DONE AND ORDERED** at Orlando, Florida this __12th__ day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 2/13
William J. McCorkle
Counsel of Record